1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10 KENNETH KRANTZ,
11         Petitioner,                  No.  2:11-cv-2027 KJN P
12    vs.
13 JAMES D. HARTLEY,
14         Respondent.              ORDER
15 _____/
16         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17 habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma
18 pauperis.  In his application, petitioner challenges his denial of parole by Avenal State Prison in
19 Kings County Superior Court.  Kings County is part of the Fresno Division of the United States
20 District Court for the Eastern District of California.  See Local Rule 120(d).
21         Pursuant to Local Rule 120(f), a civil action which has not been commenced in
22 the proper division of a court may, on the court's own motion, be transferred to the proper
23 division of the court.  Therefore, this action will be transferred to the Fresno Division of the
24 court.  This court will not rule on petitioner's request to proceed in forma pauperis.
25 ////
26 ////

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3 | 2. This action is transferred to the United States District Court for the Eastern
4 | District of California sitting in Fresno; and

5 | 3. All future filings shall reference the new Fresno case number assigned and
6 | shall be filed at:

7 | United States District Court
Eastern District of California
8 | 2500 Tulare Street
Fresno, CA 93721
9 |

10 | DATED: August 11, 2011

11 |

12 | _____
KENDALL J. NEWMAN
13 | UNITED STATES MAGISTRATE JUDGE

14 | kran2027.109

2