# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KRANTZ, | 1:11-cv-01334-DLB (HC) |
| Petitioner, | |
| v. | ORDER OVERRULING PETITIONER'S OPPOSITION TO ORDER OF TRANSFER |
| JAMES D. HARTLEY, | [Doc. 9] |
| Respondent. | |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), Petitioner has consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 305(b).

Petitioner filed the instant petition for writ of habeas corpus on August 1, 2001, in the United States District Court for the Eastern District of California, Sacramento Division.  The petition was transferred to this Court on August 12, 2011.

On August 25, 2011, Petitioner filed an opposition to the order of transfer.  Petitioner contends that because the presented his challenge to the Board of Parole Hearings' decision to the Butte County Superior Court-the court of his original criminal conviction, the case should remain in the Sacramento Division of this Court.

An action filed under § 2254 may be filed in either "the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him." 28 U.S.C. § 2241(d).  Furthermore, "[t]he

1 | district court for the district where such an application is filed in the exercise of its discretion and
2 | in furtherance of justice may transfer the application to the other district court for hearing and
3 | determination." Id.
4 |     At the time of filing and present, Petitioner is incarcerated at Avenal State Prison which is
5 | within the jurisdiction of this Court, and it was proper for the Sacramento Division to transfer the
6 | action to this Court.  Accordingly, Petitioner's opposition to the order of transfer is overruled.
7 |     IT IS SO ORDERED.
8 |     **Dated:**   **October 5, 2011**        /s/ **Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE